UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 APR 15 PM 3:37

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Magistrate Case No. 08 MJ 1162 |
| ) | BY: |
| V. ) | |
| ) | COMPLAINT FOR VIOLATION OF   DEPUTY |
| ) | |
| SILVA, Paul ) | Title 18, United States Code |
| ) | Section 751(a) |
| ) | |
| _____) | |

The undersigned complainant, being duly sworn states:

That on or about April 14, 2008, at San Diego, California, in the Southern District of California, Paul SILVA did escape from an institution in which he was confined by the direction of the Attorney General, to wit, the Correctional Alternatives Residential Re-entry Center (RRC), a Half-Way House in San Diego, California, a federally contracted facility, said custody and confinement being by virtue of a conviction (Case Number 02CR1933-J) of Importation of Marijuana and Possession of Marijuana with Intent to Distribute, in violation of Title 21 USC 952, and 960, in violation of Title 18 USC 751(a).

The complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

John Eric Smidt
Deputy United States Marshal

Sworn to before me, and subscribed in my presence, this 15th day of April, 2008.

Barbara L. Major
United States Magistrate Judge

STATE OF CALIFORNIA  )
                     ) ss.
COUNTY OF SAN DIEGO  )

I, John Eric Smidt, being duly sworn, hereby depose and state that:

1. I am a Deputy United States Marshal and have been so employed for about thirteen years.

2. This affidavit is made in support of a complaint against Paul SILVA for escape from the custody of the Attorney General, in violation of Title 18, United States code, Section 751(a).

3. On April 15, 2008, I received a memorandum from the United States Federal Bureau of Prisons to report the escape of Paul SILVA from Correctional Alternatives Residential Re-entry Center (RRC), San Diego, California, a federally contracted facility.

4. On April 15, 2008, I reviewed files from the United States Marshals Service, the Federal Bureau of Prisons Memorandum and BP-S393.058 Notice of Escaped Federal Prisoner CDFRM. My review of the files revealed the following facts:

   a. Records show that on September 9, 2003, Paul SILVA had received a sentence of seventy-seven (77) months with three (3) years of supervision to follow imposed by United States District Court Judge Napoleon A. Jones Jr., after having been convicted for Importation of Marijuana and Possession of Marijuana with Intent to Distribute.

   b. On April 11, 2008, SILVA was released from the Federal Correctional Institution (FCI), Victorville, in Victorville, California. SILVA was scheduled to arrive at the Correctional Alternatives Residential Re-entry Center in San Diego, California, via an unescorted furlough on April 11, 2008, to complete a 60-day RRC placement. Inmate SILVA failed to report to the halfway house as scheduled and failed to contact the facility regarding his location and status. SILVA's current whereabouts are unknown and he remains a fugitive.

Dated: April 15, 2008

_____
John Eric Smidt,
Deputy U.S. Marshal

Subscribed and sworn before me
on this 15th day of April, 2008

_____
Barbara L. Major
United States Magistrate Judge